IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                      4:05CR00245-01-WRW

COLBY MCINTYRE

## ORDER

On March 20, 2006, Mr. Colby McIntyre appeared before me and entered a guilty plea to Count 1 of the Indictment filed against him. At the conclusion of the change of plea hearing the issue of bond was addressed. Mr. McIntyre was remanded into the custody of the U.S. Marshal and the issue of bond is now referred to Magistrate Judge John F. Forster, Jr., for determination.

IT IS SO ORDERED this 28th day of March, 2006.


                                             /s/ Wm. R.Wilson,Jr.
                                     UNITED STATES DISTRICT JUDGE

ord.release.wpd